FILED
United States Court of Appeals
Tenth Circuit

November 6, 2007

Elisabeth A. Shumaker
Clerk of Court

**PUBLISH**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

In the matter of the Complaint filed by
PATRICK LYNN,

_____

PATRICK LYNN,

        Plaintiff-Appellant,

v.

CHARLES ROGERS;
STEPHEN G. MIRAKIAN;
LINDEN APPEL; and
JULIE ST. PETER,

        Defendants-Appellees.

Case No. 07-3234
(D. Kan.)
(D.C. No. 07-0102-AD)

## ORDER

Before **TACHA,** Chief Circuit Judge**, HENRY** and **HARTZ,** Circuit Judges.

This is an appeal from a district court order dismissing appellant's disciplinary complaints against four attorneys, Charles Rogers, Stephen G. Mirakian, Linden Appel, and Julie St. Peter, and from an order denying appellant's motion for reconsideration.

A private citizen does not have standing to initiate or maintain a disciplinary proceeding, or to appeal if a court declines to discipline an attorney. *See, e.g., Mattice v. Meyer*, 353 F. 2d 316 (8th Cir. 1965).

This appeal is **DISMISSED**.

Entered for the Court

ELISABETH A. SHUMAKER
Clerk of Court